IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH FORD,

    Plaintiff,                    No. 2:11-cv-1692 DAD (PC)

    vs.

VALLEJO POLICE DEPARTMENT
DETECTIVE LES BOTTOMLEY,

    Defendant.              ORDER

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

        In his request to proceed in forma pauperis, plaintiff represents that he is not employed at the jail and that he has not received any money from any source for the past twelve months. The trust account statement appended to the application, however, reflects twenty-three deposits to plaintiff's inmate trust account between October 3, 2010 and October 4, 2011 in amounts ranging from $19.00 to $102.00. Good cause appearing, plaintiff will be given an opportunity to explain the discrepancy between his in forma pauperis application and the trust account statement appended thereto. Plaintiff shall explain the source of the cash deposits to his

account and whether he expects to continue to receive funds from those or any other sources. Plaintiff is cautioned that Fed. R. Civ. P. 11 provides for imposition of sanctions on parties who intentionally file false information with the court.

In accordance with the above, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall file an affidavit explaining the discrepancies between his in forma pauperis application and the trust account statement appended thereto. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: November 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
ford2692.ifpexpl