IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH FORD,

      Plaintiff,                    No. 2:11-cv-2692 DAD (PC)

    vs.

VALLEJO POLICE DEPARTMENT
DETECTIVE LES BOTTOMLEY,

      Defendant.               ORDER TO SHOW CAUSE

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  By an order filed December 27, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on the named defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

/////

/////

1

1 | dismissed without prejudice pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b).  Failure to
2 | comply with this order will result in the dismissal of this action.  <u>See</u> Fed. R. Civ. P. 41(b).
3 | DATED: February 15, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
ford2692.osc