IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH FORD,

    Plaintiff,             No. 2:11-cv-2692 DAD (PC)

    vs.

VALLEJO POLICE DEPARTMENT
DETECTIVE LES BOTTOMLEY,

    Defendant.        ORDER
_____/

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By an order filed December 27, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on the named defendants. That thirty day period passed and plaintiff did not respond in any way to the court's order. For that reason, by order filed February 15, 2012, plaintiff was ordered to show cause in writing within thirty days why this action should not be dismissed without prejudice pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b). Plaintiff was cautioned that failure to comply with the February 15, 2012 order would result in the dismissal of this action pursuant to Fed. R. Civ. P. 41(b).

1

1       The thirty day period set in the court's February 15, 2012 order has now expired,
2 and plaintiff has not shown cause or otherwise responded to the court's order.
3       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4 prejudice. See Fed. R. Civ. P. 41(b).
5 DATED: March 27, 2012.

                            _Dale A. Drozd_
                            DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE

DAD:12
ford2692.fsc